

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

No. 07-16-00362-CR
No. 07-16-00363-CR

CHRISTIAN LEVI NEWMAN, APPELLANT

V.

THE STATE OF TEXAS, APPELLEE

On Appeal from the 396th District Court
Tarrant County, Texas
Trial Court Nos. 1436912D & 1453371D, Honorable George W. Gallagher, Presiding

October 27, 2016

## MEMORANDUM OPINION

Before QUINN, C.J., and CAMPBELL and HANCOCK, JJ.

Pending before the Court are the motions of appellant Christian Levi Newman to dismiss his appeals.[1] Appellant and his attorney have both signed the motions. TEX. R. APP. P. 42.2(a). No decision of this Court having been delivered to date, we grant the

---

[1] The appeals were transferred from the Second Court of Appeals to our Court under an order of the Supreme Court of Texas. *See* TEX. GOV'T CODE ANN. § 73.001 (West 2013); TEX. R. APP. P. 41.3 (precedent of transferor court).

motions.  Accordingly, the appeals are dismissed.  No motions for rehearing will be entertained and our mandates will issue forthwith.


James T. Campbell
Justice


Do not publish.